UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20488-CIV-SEITZ/WHITE

CURTIS E. HOFFMAN,

          Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

          Defendants.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

THIS CAUSE is before the Court on the Report Re Dismissal of Successive Complaint [DE-4] of Magistrate Judge White. In that Report, Magistrate Judge White recommends that Plaintiff's civil rights complaint, brought pursuant to 28 U.S.C. § 1983, be dismissed without prejudice to allow Plaintiff to file a new complaint accompanied by the full filing fee. Plaintiff has filed no objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report, the record, and given that Plaintiff has not objected, it is hereby

ORDERED that:

(1) The above-mentioned Report Re Dismissal of Successive Complaint [DE-4] of Magistrate Judge White is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Plaintiff's Complaint [DE-1] is DISMISSED WITHOUT PREJUDICE;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE AND ORDERED at Miami, Florida, this 18th day of March, 2010.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge White
        Counsel of Record/*Pro se* parties